**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jonathan Seijo                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-13560 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                               Respectfully submitted,

                                               /s/Rebecca A. Solarz
                                               Rebecca Solarz
                                               29 Sep 2020, 17:11:19, EDT

                                               KML Law Group, P.C.
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA 19106-1532
                                               (215) 627-1322