DJA AUTOMOTIVE LLC
326 WESTTOWN ROAD
WEST CHESTER, PA 19382

Period Starting: 07/17/2020
Period Ending: 07/23/2020
Pay Date: 07/24/2020

Business Phone    610-384-7700

Taxable Marital Status: Single
Exemptions/Allowances:         Tax Override:
 Federal:  2                   Federal
 State:    0                   State
 Local:    0                   Local
Social Security Number:  xxx-xx-xxxx

JONATHAN SEIJO
5 FOX RIDGE RD
GLENMOORE, PA 19343

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  | 40.00 | 0.00 | 0.00 |
| Bonus |  |  | 0.00 | 20479.00 |
| Draw (taxable) |  | 0.00 | 1000.00 | 20100.00 |
| Gross Pay |  |  | $1,000.00 | $40,579.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -87.59 | 5124.77 |
| Social Security | -62.00 | 2515.90 |
| Medicare | -14.50 | 588.40 |
| Pennsylvania State Income | -30.70 | 1245.78 |
| Pennsylvania State UI | -0.60 | 24.35 |
| Caln T Local Income | -10.00 | 405.79 |
| Caln Twp Local Services | -1.00 | 16.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Accounts Receivable | 0.00 | 10730.75 |
| Child support 1 | -406.00 | 8004.66 |
| Child support 2 | -144.00 | 144.00 |

Net Pay    $243.61

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 40.00 |

**Kia Of West Chester**
326 Westtown Road
West Chester, PA 19380

DNB First
104 Brandywine Ave, Downingtown, PA
80-807
319

Check Date 5/29/2020   Check Number Memo

Pay No Dollars and No Cents                                $ * * * * * * * * * * * *

To the Order of:
300    4       95979 -99932817
**JONATHAN SEIJO**            NON NEGOTIABLE
5 FOX RIDGE RD
GLENMOORE, PA 19343                    **VOUCHER - NON NEGOTIABLE**

---

**JONATHAN SEIJO**

| Company | Period Begin | Division |
|---|---|---|
| 0278 | 5/17/2020 | |
| Number | Period End | Branch |
| 95979 | 5/23/2020 | |
| Social Security # | Check Date | Department |
| XXX-XX-8491 | 5/29/2020 | 300 |
| Hire Date | Check Number | Team |
| 12/3/2019 | -99932817 | 4 |

Kia Of West Chester
Personal Time 0 Accr-0 Used=0 Bal HOURS

326 Westtown Road
West Chester, PA 19380 610-384-7700

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Bonus | | | | | 20479.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/2) (0.00) | 0.00 | 5037.18 |
| OASDI (0.00) | | 2453.90 |
| Medicare (0.00) | | 573.90 |
| PA (SM/0) (0.00) | | 1215.08 |
| PA EE SUI(39579.00) | | 23.75 |
| Caln TWP LST(0.00) | | 15.00 |
| Upper Uwchlan Township(0.00) | | 395.79 |
| A/R Deduction | | 10730.75 |
| Child Support | | 7598.66 |
| (Child Support Shortfall 551.8 | | |
| Net Pay | | 11534.99 |

| Total Earnings | | 0.00 | 0.00 | 20479.00 | Total Deductions | 0.00 | 39579.00 |
| NET PAY | 0.00 | Total Direct Deposits | | 0.00 | Check Amount | 0.00 | 0.00 |