# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 13

JONATHAN  SEIJO   Bankruptcy No. 20-13560-MDC

5 FOX RIDGE ROAD

GLENMOORE, PA 19343

Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
JONATHAN  SEIJO

5 FOX RIDGE ROAD

GLENMOORE, PA 19343

**Counsel for debtor(s), by electronic notice only.**
MICHAEL G DEEGAN
134 W KING ST

MALVERN, PA 19355

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 11/12/2020                                      /s/ William C. Miller

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee