# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re: Jonathan Seijo | : | Chapter 13 |
|  | : | Case No. 20-13560 |
|  | : |  |
|  | : |  |
| Debtor(s) | : |  |
|  | : |  |

## CERTIFICATE OF SERVICE

     I, Michael G. Deegan, Esquire, counsel for the above captioned debtor do hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Debtor's First Amended Chapter 13 Plan be served via first class mail, postage prepaid or electronic means on all secured creditors and priority creditors, including:

William C. Miller, Trustee
electronically

Office of the United States Trustee
(electronically)

KERI P EBECK
Bernstein-Burkley
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(electronically)

REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
(electronically)

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118


Harley-Davidson Credit Corp.
PO Box 9013

Addison, Texas 75001

VW Credit Leasing, Ltd
c/o VW Credit, Inc.
PO Box 9013
Addison, Texas 75001

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17110-0946

MidFirst Bank
999 Northwest Grand Boulevard
Oklahoma City, OK 73118


Date:01/04/21                             /s/ Michael G. Deegan
                                             Michael G. Deegan, Esquire
                                             134 West King Street
                                             Malvern, PA 19355
                                             (610) 251-9160
                                             (610) 251-0205 - Fax
                                             Counsel for Debtor