IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, | Bankruptcy No. 20-13560-mdc |
| JONATHAN SEIJO, | Chapter 13 |
| Debtor, | Related to Doc. No. 12 |
| VW CREDIT LEASING, LTD, | |
| Movant, | |
| v. | |
| JONATHAN SEIJO<br>WILLIAM C. MILLER, Trustee, | |
| Respondents. | |

PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN DATED SEPTEMBER 2, 2020

TO THE CLERK OF COURTS:

Kindly withdraw without prejudice the *Objection to Confirmation of Plan dated September 2, 2020* (the "Objection") filed on November 17, 2020, at Document No. 12. An amended plan has been filed resolving the Movant's original objection.

Dated: January 6, 2021

                                                 Respectfully submitted,

                                                 BERNSTEIN-BURKLEY, P.C.

                                                 By: /s/ Keri P. Ebeck
                                                 Keri P. Ebeck
                                                 PA I.D. # 91298
                                                 kebeck@bernsteinlaw.com
                                                 707 Grant Street, Suite 2200
                                                 Pittsburgh, PA 15219
                                                 412-456-8112
                                                 Fax: (412) 456-8120

                                                 *Counsel for VW Credit Leasing, Ltd*