IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>JONATHAN SEIJO,<br><br>Debtor,<br><br>HARLEY-DAVIDSON CREDIT CORP.,<br><br>Movant,<br><br>v.<br><br>JONATHAN SEIJO<br>WILLIAM C. MILLER, Trustee,<br><br>Respondents. | Bankruptcy No. 20-13560-mdc<br><br>Chapter 13<br><br>Document No. |

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the February 18, 2021, I served copies of the Motion for Relief from the Automatic Stay and the Notice of Hearing with Response Deadline upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid and electronically via the court's CM/ECF system, at the following addresses:

| | |
|---|---|
| Jonathan Seijo<br>5 Fox Ridge Road<br>Glenmoore, PA 19343 | Michael G. Deegan<br>134 W. King Street<br>Malvern, PA 19355<br>mgdeegan@comcast.net |

| | |
|---|---|
| William C. Miller<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>ecfemails@ph13trustee.com | Office of United States Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106<br>ustpregion03.ha.ecf@usdoj.gov |

    By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax (412) 456-8135

Counsel for Harley-Davidson Credit Corp.