# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jonathan Seijo <br>        Debtor(s) <br><br> MIDFIRST BANK, its successors and/or assigns <br>        Movant <br>    vs. <br><br> Jonathan Seijo <br>        Debtor(s) <br><br> William C. Miller Esq. <br>        Trustee | CHAPTER 13 <br><br><br><br> NO. 20-13560 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about **November 20, 2020, docket number 15**.

                   Respectfully submitted,

                By: **/s/ Rebecca A. Solarz, Esquire**
                    Rebecca A. Solarz
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    215-627-1322
                    Attorney for Movant/Applicant

March 2, 2021