IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>JONATHAN SEIJO,<br><br>    Debtor,<br><br>HARLEY-DAVIDSON CREDIT CORP.,<br><br>    Movant,<br><br>            v.<br><br>JONATHAN SEIJO<br>WILLIAM C. MILLER, Trustee,<br><br>    Respondents. | Bankruptcy No. 20-13560-mdc<br><br>Chapter 13<br><br>Document No. 34 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 34)

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 34 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than Thursday March 4, 2021

    It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

    Respectfully submitted,

    By: /s/ Keri P. Ebeck
    Keri P. Ebeck, Esq.
    PA I.D. # 91298
    kebeck@bernsteinlaw.com
    707 Grant Street
    Suite 2200, Gulf Tower
    Pittsburgh, PA 15219
    Phone - (412) 456-8112
    Fax - (412) 456-8135

    Counsel for Harley-Davidson Credit Corp.

Dated:  March 5, 2021