IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> JONATHAN SEIJO, <br><br>    Debtor, <br><br> HARLEY-DAVIDSON CREDIT CORP., <br><br>    Movant, <br><br>    v. <br><br> JONATHAN SEIJO <br> WILLIAM C. MILLER, Trustee, <br><br>    Respondents. | Bankruptcy No. 20-13560-mdc <br><br> Chapter 13 <br><br> Document No. |

## ORDER OF COURT

AND NOW, this 23rd day of _____March_____, 2021, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Harley-Davidson Credit Corp. in the 2017 Harley-Davidson FXDLS Dyna Low Rider, VIN# 1HD1GS817HC313595.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge