**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                          Chapter 13

                                          Bankruptcy No. 20-13560-MDC

JONATHAN  SEIJO

5 FOX RIDGE ROAD

GLENMOORE, PA 19343

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JONATHAN  SEIJO

    5 FOX RIDGE ROAD

    GLENMOORE, PA 19343

Counsel for debtor(s), by electronic notice only.

    MICHAEL G DEEGAN
    134 W KING ST

    MALVERN, PA 19355

Date: 3/29/2021

                                                    /S/ William C. Miller
                                                    _____
                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee