IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, | Bankruptcy No. 20-13560-mdc |
| JONATHAN SEIJO, | Chapter 13 |
| Debtor, | Document No. 29, 33 |
| VW CREDIT LEASING, LTD, | |
| Movant, | |
| v. | |
| JONATHAN SEIJO<br>WILLIAM C. MILLER, Trustee, | |
| Respondents. | |

## ORDER OF COURT

AND NOW, this 22nd day of _____April_____ 2021, upon consideration of the foregoing Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge