**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Jonathan Seijo | : | Chapter 13 |
| | : | Case No. 20-13560 |
| Debtor(s) | : | |

**CERTIFICATE OF SERVICE**

     I, Michael G. Deegan, Esquire, counsel for the above captioned debtor do hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Debtor's Second Amended Chapter 13 Plan be served via first class mail, postage prepaid or electronic means on all secured creditors and priority creditors, including:

William C. Miller, Trustee
electronically

Office of the United States Trustee
(electronically)

KERI P EBECK
Bernstein-Burkley
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(electronically)

REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
(electronically)

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Harley-Davidson Credit Corp.
PO Box 9013
Addison, Texas 75001

VW Credit Leasing, Ltd
c/o VW Credit, Inc.
PO Box 9013
Addison, Texas 75001

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17110-0946

MidFirst Bank
999 Northwest Grand Boulevard
Oklahoma City, OK 73118

Melissa Seijo
1916 Cavalier Lane
Chester Springs, PA 19425


Date:05/12/21                                             /s/ Michael G. Deegan
                                                          Michael G. Deegan, Esquire
                                                          134 West King Street
                                                          Malvern, PA 19355
                                                          (610) 251-9160
                                                          (610) 251-0205 - Fax
                                                          Counsel for Debtor