# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jonathan Seijo
                       Debtor(s)

MIDFIRST BANK
               v.
Jonathan Seijo
             and
William C. Miller Esq.
             Trustee

Chapter 13

NO. 20-13560 MDC

## ORDER

AND NOW, this 20th day of July 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on February 26, 2021 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5 Fox Ridge Road Glenmoore, PA 19343.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Jonathan Seijo
5 Fox Ridge Road
Glenmoore, PA 19343

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Michael G. Deegan
134 West King Street
Malvern, PA 19355

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532