IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Jonathan Seijo | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |
| | : | |
| | : | Case No. 20-13560 mdc |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

     I, Michael G. Deegan, Esquire, counsel for the above captioned debtor do hereby certify that on the date set forth below, I caused a true and correct copy of the Court's Order Dismissing Chapter 13 Case and Setting Deadlines For Applications For Allowance of Administrative Expenses to be served via first class mail, postage prepaid, and or electronic means on the parties listed below:

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106
electronically

Office of the United States Trustee
833 Chestnut Street
Philadelphia, PA 19107
electronically

KERI P EBECK
Bernstein-Burkley
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
via ECF

REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
via ECF

Capital One Bank (USA), N.A.

4515 N Santa Fe Ave
Oklahoma City, OK 73118

Harley-Davidson Credit Corp.
PO Box 9013
Addison, Texas 75001

VW Credit Leasing, Ltd
c/o VW Credit, Inc.
PO Box 9013
Addison, Texas 75001

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17110-0946

MidFirst Bank
999 Northwest Grand Boulevard
Oklahoma City, OK 73118

Melissa Seijo
1916 Cavalier Lane
Chester Springs, PA 19425


Date:   07/28/21                    /s/ Michael G. Deegan
                                                   Michael G. Deegan, Esquire
                                                   134 West King Street
                                                   Malvern, PA 19355
                                                   (610) 251-9160
                                                   (610) 251-0205 - Fax
                                                   Counsel for Debtor