United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 20-13560-mdc
Jonathan Seijo | Chapter 13
　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Jul 26, 2021 | Form ID: pdf900 | Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Seijo, 5 Fox Ridge Road, Glenmoore, PA 19343-9549 |
| aty | + | Michael Deegan, 134 West King Street, Malvern, PA 19355-2412 |
| 14534583 | + | ACGCC, LLC, 91 Dowlin Forge Road, Exton, PA 19341-1548 |
| 14534584 | + | Apex Asset Management, 2501 Oregon Pike, Suite 201, Lancaster, PA 17601-4890 |
| 14534586 | + | Chester Co Drs, 117 W Gay St, West Chester, PA 19380-2932 |
| 14534587 | | Chester County Hospital, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14534588 | + | Children's Hospital of Philadelphia, PO Box 788017, Philadelphia, PA 19178-8017 |
| 14534590 | + | Danille Greenhalgh, 1101 Bay Avenue, Point Pleasant Beach, NJ 08742-3013 |
| 14534591 | | Guardian, PO Box 542007, Omaha, NE 68154-8007 |
| 14547169 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14546333 | + | MIDFIRST BANK, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14534593 | + | Melissa Seijo, 1916 Cavalier Lane, Chester Springs, PA 19425-3872 |
| 14553759 | + | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14534594 | + | Midland Mortgage, PO Box 26648, Attn: Bankruptcy, Oklahoma City, OK 73126-0648 |
| 14534595 | + | Mr. Cooper, 8950 Cypress Waters Blvd, Attn: Bankruptcy, Coppell, TX 75019-4620 |
| 14534596 | + | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14548975 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14551832 | + | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 26 2021 23:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 26 2021 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 26 2021 23:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14534585 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 26 2021 23:33:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14537579 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 26 2021 23:48:06 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14534589 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 26 2021 23:34:05 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14534592 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jul 26 2021 23:31:00 | Harley Davidson Financial, PO Box 22048, Attn: Bankruptcy, Carson City, NV 89721-2048 |
| 14553128 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 26 2021 23:31:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14534598 | | Email/Text: vci.bkcy@vwcredit.com | Jul 26 2021 23:31:00 | VW Credit, PO Box 3, Hillsboro, OR 97123 |

| 14534597 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 26 2021 23:30:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
|---|---|---|

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2021            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KERI P EBECK | on behalf of Creditor VW Credit Leasing  Ltd. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| KERI P EBECK | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| MICHAEL G. DEEGAN | on behalf of Attorney Michael Deegan mgdeegan@comcast.net  mike@deeganlawfirm.com |
| MICHAEL G. DEEGAN | on behalf of Debtor Jonathan Seijo mgdeegan@comcast.net  mike@deeganlawfirm.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Jonathan Seijo** | : | Chapter 13 |
| | : | |
| **Debtor(s).** | : | Bankruptcy No. 20-13560 -MDC |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: July 24, 2021

_____
MAGDELINE D. COLEMAN
Chief U.S. BANKRUPTCY JUDGE